**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on January 23, 2026**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 25−22212−RAM**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Vivian Hernandez
PO Box 22−6754
Miami, FL 33222

SSN: xxx−xx−5979

## FINAL DECREE

The trustee, Marcia T Dunn, having filed a final report that the estate has been fully administered, is discharged and the case is closed.